FILED

07/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0647

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0647

_____

IN RE THE MARRIAGE OF:

LISA SWIFT,

      Petitioner and Appellee,

and

                                          O R D E R

MATTHEW T. SWIFT,

      Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Andrew Breuner, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 17 2024